**MOSCOW, IDAHO, APRIL 10, 2024, AT 8:50 A.M.**

**IN THE SUPREME COURT OF THE STATE OF IDAHO**

| | | |
|---|---|---|
| STATE OF IDAHO, | ) | |
| | ) | |
| Plaintiff-Respondent, | ) | Docket No. 50130-2022 |
| | ) | |
| v. | ) | |
| | ) | |
| DESIREE ELAINE KARST, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |

Appeal from the District Court of the First Judicial District of the State of Idaho, Kootenai County. Barry McHugh, District Judge.

Erik R. Lehtinen, State Appellate Public Defender, Boise, for Appellant.

Raúl R. Labrador, Idaho Attorney General, Boise, for Respondent.

---

Desiree Elaine Karst appeals the district court's denial of her motion to reimburse various fees she paid as a result of her now-invalidated conviction.

Karst entered a conditional guilty plea reserving the right to appeal for possession of methamphetamine, marijuana, and drug paraphernalia. On appeal, Karst argued that the district court erred in denying Karst's motion to suppress drug and paraphernalia evidence. The Idaho Supreme Court reversed the district court's denial of Karst's motion to suppress. On remand, Karst's charges were dismissed.

Karst filed a motion to reimburse various fees and charges she was ordered to pay as a result of her now-invalidated conviction. The district court denied the motion for lack of jurisdiction. On appeal, Karst argues that the district court has personal and subject matter jurisdiction to consider her motion and any caselaw to the contrary should be overruled. Additionally, Karst argues that ordering reimbursement remedies a continuing violation of her due process rights.